UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOVERNMENT EMPLOYEES INSURANCE CO., GEICO INDEMNITY CO., GEICO GENERAL INSURANCE COMPANY and GEICO CASUALTY CO., <br><br> Plaintiffs, <br> –against– <br><br> DAVID R. ADIN, D.O., SAM CHANG, D.C., SAM CHANG CHIROPRACTIC, P.C., TOM RHEE L.AC, TOM RHEE L. AC., P.C., JONATHAN WANG, DPT, JONATHAN WANG PHYSICAL THERAPY OF NY, P.C., NEW YORK SPINE & PAIN CARE, P.C., and NJ ORTHOPEDIC REHAB AND PAIN MANAGEMENT GROUP, P.C., <br><br> Defendants. | ECF No.: <br> 1:23-cv-00240-DG-RER <br><br> **NOTICE OF MOTION FOR DEFAULT JUDGMENT** |

**NOTICE OF MOTION FOR DEFAULT JUDGMENT**

**PLEASE TAKE NOTICE** that Plaintiffs Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company, and GEICO Casualty Company (collectively "Plaintiffs" or "GEICO") respectfully move this Court for an Order, pursuant to Fed. R. Civ. P. 55(b)(2), granting a default judgment against Defendants New York Spine & Pain Care, P.C., NJ Orthopedic Rehab and Pain Management Group, P.C., and David R. Adin, D.O.

**PLEASE TAKE NOTICE** that, in accordance with Local Civil Rule 55.2(c), the current Notice of Motion for Default Judgment, Plaintiffs' Motion for Default Judgment, and all papers submitted in support of the motion have been simultaneously mailed to Defendants New York

Spine & Pain Care, P.C. and NJ Orthopedic Rehab and Pain Management Group, P.C., at their last known business addresses and to Defendant David R. Adin, D.O. at his last known residence.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Civil Rule 6.1(b), any papers in opposition to this motion shall be served within fourteen (14) days of service of these motion papers.

Dated: Uniondale, New York
April 11, 2023

Respectfully submitted,

RIVKIN RADLER LLP

By: /s/ Max Gershenoff
Barry I. Levy, Esq.
Max Gershenoff, Esq.
Qasim I. Haq, Esq.
926 RXR Plaza
Uniondale, New York 11556
(516) 357-3000

*Counsel for Plaintiffs Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Company, and GEICO Casualty Co.*

7003034.v1